Tonuci, Appellant, *v.* Heidinger et al.

Argued June 11, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Samuel Melnick,* for appellant.

*Joseph T. Murphy,* with him *John J. Kelly,* for appellees.

490

OPINION PER CURIAM, September 11, 1958:

The order of the court below sustaining preliminary objections and dismissing the appellant's complaint is affirmed on the opinion of Judge GILBERT of the Municipal Court of Philadelphia County, as reported in 13 Pa. D. & C. 2d 705.